```
MORTON & CRAIG LLC
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Santander Consumer USA Inc.
JM-5630_____
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 23-18495(CMG) |
| JOSEPH LIERNI | Chapter 13 |
| | Hearing date: 12-20-2023 |
| | OBJECTION TO CONFIRMATION |

Santander Consumer USA Inc. "Santander," a secured creditor of the Debtor, objects to the Debtor's plan for the following reasons:

a. The debtor's proposed cramdown of $15,700.00 on the 2017 Jeep Grand Cherokee is too low.  The debtor filed his petition in September 2023.  The vehicle has an average retail value of $18,450.00 as per the NADA Official Used Car Guide, November 2007 edition. In accordance with §506(a)(2), the replacement value of the vehicle is the full retail value.  The debtor must pay $18,450.00 plus interest, in order to adequately protect Santander for any risk of loss.

b. The proposed interest rate in the debtor's plan is too low. Santander is entitled to be paid the prime rate of interest plus an increase for risk of loss.  <u>In Re Till</u>.  The prime interest rate at the time of the debtors' filing was 8.50%. Santander objects to the debtor's plan unless the debtor pays an interest rate of 11.50% on the $18,450.00 over the life of the plan (60 months) in order to adequately protect Santander for any risk of loss.  The plan should be amended to provide for payment of the vehicle value of $18,450.00 plus interest at 11.50% for a total of $24,345.82.

c. The plan as proposed also violates §1326(a)(1) since it does not provide for payment to Santander of adequate protection payments.  Adequate protection payments should be made to Santander beginning in October of 2023 at $276.75 per month, being 1.5% of the vehicle value. Payments should be made within 30 days of filing and should continue up to and after confirmation, until regular payments are to be commenced through the plan to Santander. Adequate protection payments to Santander should be given super priority administrative expense status and, in all events, must be paid prior to payment of any counsel fees to Debtor's attorney.

d. **Proof of insurance:** The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract. Santander Consumer USA Inc. must be listed as loss payee or additional insured. **The Debtor must provide Santander with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be considered a demand that the Debtor provide proof of insurance**.

e. Santander must retain its lien on the vehicle following confirmation.

f. Santander reserves the right to object to the feasibility and good faith of this plan and filing.

/s/ <u>William E. Craig, Esq.</u>
William E. Craig, attorney for
Santander Consumer USA Inc.

Date: 11-14-2023