Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−18495−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joseph Lierni
  273 Circle Drive
  Brick, NJ 08723

Social Security No.:
  xxx−xx−8307

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/23.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 21, 2023
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joseph Lierni  
      Debtor

Case No. 23-18495-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 3  
Date Rcvd: Dec 21, 2023        Form ID: 148        Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Lierni, 273 Circle Drive, Brick, NJ 08723-6352 |
| 520037554 | | Barron Emergency Physicians, PO Box 7418, Philadelphia, PA 19101-7418 |
| 520037556 | | Coastal Imaging, PO Box 4238, Portsmouth, NH 03802-4238 |
| 520037557 | | Jersey Shore University Medical Center, Attn:Celentano, Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 520045630 | + | MERIDIAN MEDICAL GROUP FACULTY PRACTICE, Simon's Agency Inc, PO Box 5026, Syracuse NY 13220-5026 |
| 520037559 | | Meridian Medical Group Primary, PO Box 416923, Boston, MA 02241-6923 |
| 520037560 | | Michael Harrison, 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 520054087 | + | NJ Natural Gas, PO Box 11743, Newark, NJ 07101-4743 |
| 520037564 | + | NJ Natural Gas, 1415 Wykoff Road, P.O. Box 1378, Wall, NJ 07719-1378 |
| 520037565 | + | Omnicare Inc, PO Box 713611, Cincinnati, OH 45271-3611 |
| 520103618 | + | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520037569 | + | Seabrook, 133 Polk Lane, Bridgeton, NJ 08302-5905 |
| 520037571 | + | Township of Brick, 401 Chambers Bridge Road, Brick, NJ 08723-2807 |
| 520037573 | | WF/FMG, Attn: Bankruptcy, PO box 104387, MAC F8235-02F, Des Moines, IA 50306 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bk@szjlaw.com | Dec 21 2023 20:44:00 | Santander Consumer USA Inc., 2860 Patton Rd., Roseville, MN 55113-1100 |
| 520042548 | + | EDI: AISACG.COM | Dec 22 2023 01:35:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520037555 | + | EDI: CAPITALONE.COM | Dec 22 2023 01:35:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520037558 | ^ | MEBN | Dec 21 2023 20:40:12 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520082975 | + | EDI: AISMIDFIRST | Dec 22 2023 01:35:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520037561 | | EDI: AISMIDFIRST | Dec 22 2023 01:35:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520037563 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 21 2023 20:44:00 | NJ E-Zpass Violations Processing Center, PO Box 4971, Trenton, NJ 08650 |
| 520104999 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 21 2023 20:44:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, |

Case 23-18495-CMG   Doc 16   Filed 12/23/23   Entered 12/24/23 00:14:16   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2023 | Form ID: 148 | Total Noticed: 35 |

| Recipient ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| 520037562 | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Dec 21 2023 20:44:00 | P.O Box 5042, Woodbridge, NJ 07095<br>New York City Dept of Finance, Parking Violations, Church Street Station, PO Box 3600, New York, NY 10008-3600 |
| 520104720 | | EDI: PRA.COM | Dec 22 2023 01:35:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520037566 | | EDI: PRA.COM | Dec 22 2023 01:35:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 520037567 | | Email/Text: BankruptcyMail@questdiagnostics.com | Dec 21 2023 20:46:00 | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 520056500 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 21 2023 20:46:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 520037568 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 21 2023 20:46:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 520037570 | | Email/Text: clientservices@simonsagency.com | Dec 21 2023 20:46:00 | Simons Agency, PO Box 5026, Syracuse, NY 13220-5026 |
| 520041974 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 21 2023 20:48:07 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520094583 | + | EDI: AIS.COM | Dec 22 2023 01:35:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520037572 | ^ | MEBN | Dec 21 2023 20:39:58 | Waypoint Resource Group, Attn: Bankruptcy, PO Box 8588, Round Rock, TX 78683-8588 |
| 520077652 | | EDI: WFFC2 | Dec 22 2023 01:35:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 23, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

District/off: 0312-3     User: admin     Page 3 of 3
Date Rcvd: Dec 21, 2023     Form ID: 148     Total Noticed: 35

Denise E. Carlon
         on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

James J. Cerbone
         on behalf of Debtor Joseph Lierni cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com

U.S. Trustee
         USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
         on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 5